# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>      District of      <u>TENNESSEE</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>DAVID DARNELL BROWN | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:    3:11-00051; 3:15-00144<br>USM Number:    20669-075<br><u>J. Alex Little</u><br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) <u>One (1) through Four (4)</u> of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state, or local crime | 3/8/2016 |
| 2 | Defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer | 4/25/2016 |
| 3 | Defendant shall not commit another federal, state, or local crime | 7/20/2016 |
| 4 | Defendant shall have no contact, directly or indirectly, with Ms. Lucresia R. Neal | 8/7/2016 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. ___6663___

<u>August 10, 2016</u>
Date of Imposition of Judgment

Defendant's Year of Birth: ___1981___

<u>Todd Campbell</u>
Signature of Judge

City and State of Defendant's Residence:

Murfreesboro, Tennessee

<u>Todd J. Campbell, United States District Judge</u>
Name and Title of Judge

<u>August 10, 2016</u>
Date

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   seven (7) months

No period of Supervised Release is imposed.

__X__     The Court makes the following recommendations to the Bureau of Prisons:

1. Incarceration near Nashville, Tennessee, to be close to family.

__X__     The Defendant is remanded to the custody of the United States Marshal.

_____     The Defendant shall surrender to the United States Marshal for this District:

_____        at _____ p.m. on _____

_____        as notified by the United States Marshal.

_____     The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

_____        before 2 p.m. on _____

_____        as notified by the United States Marshal.

_____        as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal